No. 88–86.  SHELTER CREEK DEVELOPMENT CORP. ET AL. *v.* CITY OF OXNARD.  C. A. 9th Cir.  Certiorari denied.

No. 88–87.  PRODUCTION CREDIT ASSOCIATION OF NORTHERN OHIO ET AL. *v.* FARM CREDIT ADMINISTRATION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–88.  ILLINOIS *v.* STRUEBIN, ANCILLARY ADMINISTRATOR OF THE ESTATE OF STRUEBIN, ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 88–91.  WALKER ET AL. *v.* BELLO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–92.  KHALIL *v.* UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY–NEW JERSEY MEDICAL SCHOOL.  C. A. 3d Cir.  Certiorari denied.

No. 88–98.  PERKINSON ET AL. *v.* MANION ET AL.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 88–99.  WILLIAMS *v.* HEPTING ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–100.  POLYCHRON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–101.  BLACKWELDER *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 88–103.  BIGFORD *v.* TAYLOR, INDIVIDUALLY AND AS SHERIFF OF GALVESTON COUNTY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–104.  EISCHEN *v.* KANEY, CIRCUIT JUDGE, ORANGE COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–105.  ALABAMA *v.* WEEKS.  Sup. Ct. Ala.  Certiorari denied.

No. 88–107.  CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS *v.* LOVINGER.  C. A. 7th Cir.  Certiorari denied.

No. 88–108.  NORTH SAN DIEGO COUNTY TRANSIT DEVELOPMENT BOARD, DBA NORTH COUNTY TRANSIT DISTRICT, ET AL.